UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANCIS JAYE and SEAN MADELMAYER, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:20CV266 RLW |
| CRANE MERCHANDISING SYSTEMS, INC., and COMPASS GROUP USA, INC., d/b/a CANTEEN VENDING SERVICES, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Court's own motion. The Court notes this action, *Jaye v. Crane Merchandising Systems, Inc., et al.* ("*Jaye*") was transferred to the undersigned from the United States District Court for the Northern District of Texas based upon the first-to-file rule. The district court found *Jaye* substantially overlaps with an earlier case filed in this district, *Moore v. Compass Group USA, Inc.,* Cause No. 4:18-cv-1962-SEP (E.D. Mo.) ("*Moore*"), and transferred *Jaye* for consideration of how this Court should proceed in connection with *Moore*. (ECF No. 28)

On March 9, 2020, the Court ordered the parties to file a status report with the Court indicating how the parties plan to proceed in light of the first-filed case *Moore*. (ECF No. 31) The due date for such report was March 16, 2020. However, as of the date of this Order, the parties have not complied. Because the issue of whether *Jaye* should proceed may not be determined by this Court, the Court will stay this action pending further notification by the parties.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **STAYED** pending further notification by the parties regarding how the case should proceed in light of *Moore*.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED without prejudice** subject to refiling, as appropriate, upon lifting of the stay.

**IT IS FURTHER ORDERED** the stay shall be lifted only upon an appropriate motion filed by the parties.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall administratively close this case for statistical purposes only, subject to reopening upon lifting of the stay herein imposed or other appropriate Order.

Dated this 25th day of March, 2020.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**